UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Kris Peterson, individually and Kris' Upper Deck, Inc. d/b/a Kris' Pheasant Inn and Sports Bar, <br><br> Defendants. | Case No. 10-cv-14 <br><br> ORDER FOR DISMISSAL |

Upon the Stipulation for Dismissal executed by the parties in the above captioned matter,

**IT IS HEREBY ORDERED** that the above captioned matter shall be dismissed upon the merits with prejudice and without further costs to either party.

Dated this _13_ day of August, 2010

BY THE COURT:

_Barbara B Crabb_

Dubin & Balistreri, Ltd.
1551 North Prospect Avenue
P.O. Box 510500
Milwaukee, WI 53203-0091
Tel: (414) 277-0600
Fax: (414) 277-5097
E-mail: peter@d-blaw.net